# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1253
_____

BRIAN BACCHUS,

    Appellant,

v.

DNL LOGISTICS, INC., and
NORGUARD INSURANCE
COMPANY,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: April 20, 2021.

April 24, 2026

PER CURIAM.

    DISMISSED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randall T. Porcher and Natalie Cavallaro of Morgan and Morgan, Tallahassee, for Appellant.

Jodi K. Middleton of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellees.